## Brown v. Ancient Order of United Workmen, Appellant.

Argued Nov. 5, 1903.   Appeal, No. 148, Oct. T., 1903, by Anna Z. Brown, from judgment of C. P. No. 2, Allegheny Co., April T., 1902, No. 390, for plaintiff on case stated in suit of Mattie Brown v. Grand Lodge of the Jurisdiction of Pennsylvania, Ancient Order United Workmen, Anna Z. Brown et al.   Before MITCHELL, C. J., DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ.   Affirmed.

*George M. Harton*, for appellant.

*Charles T. Moore*, for appellee.

OPINION BY MR. JUSTICE MESTREZAT, January 11, 1904:
For the reasons given in the opinion in the case of Brown v. Ancient Order of United Workmen, Appellant, ante, p. 101, appeal by the Grand Lodge of the Jurisdiction of Pennsylvania from the same judgment, the assignments of error are overruled and the judgment is affirmed.